Melissa P. Wilner
Nevada Bar No. 16471
**Klein Thomas Lee & Fresard**
1920 Main Street, Suite 230
Irvine, CA 92614
T. (949) 67604570
melissa.wilner@kleinthomaslaw.com

Mario D. Valencia
Nevada Bar No. 6154
**Attorney At Law, LLC**
40 S. Stephanie St., Ste. 201
Henderson, Nevada 89012
T. (702) 384-7494
valencia.mario@gmail.com

*Counsel for Defendant FCA US LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PHIRAVY VEE SUN, an individual, | Case No. 2:25-cv-01248-CDS-DJA |
| Plaintiff | **Order Approving JOINT STIPULATION TO STAY ACTION FOR 90 DAYS** |
| v. | |
| FCA US LLC, a Delaware Limited Liability Company, | [ECF No. 9] |
| Defendant | |

    Plaintiff Phiravy Vee Sun and Defendant FCA US LLC, by and through their respective counsel of record, hereby stipulate and agree as follows:

    1.    Plaintiff is in the process of conducting further investigation into the facts and circumstances underlying the claims asserted in this action. The parties have agreed to conduct an initial vehicle inspection by September 2025 to determine whether or not Plaintiff has a valid claim.

    2.    In order to allow Plaintiff sufficient time to complete this investigation, the Parties agree that a stay of this matter is appropriate.

3. The Parties stipulate to stay this action in its entirety, including all deadlines and obligations under the Federal Rules of Civil Procedure and applicable local rules, for a period of 90 days from the date of entry of the Court's Order approving this stipulation.

4. This stipulation is made in good faith and not for the purpose of delay.

5. The Parties agree to submit a joint status report to the Court no later than October 23, 2025, advising the Court of the status of Plaintiff's investigation and whether the stay should be lifted or further extended.

DATED: July 24, 2025.

| THE702FRIM INJURY ATTORNEYS | KLEIN THOMAS LEE & FRESARD |
|---|---|
| /s/ Matthew P. Pawlowski<br>Michael C. Kane<br>Nevada Bar No. 10096<br>Bradley J. Myers<br>Nevada Bar No. 8857<br>Matthew P. Pawlowski<br>Nevada Bar No. 9889<br>8335 W Flamingo Road<br>Las Vegas, NV 89147<br>(702) 776-3333<br><br>*Counsel for Plaintiff* | /s/ Melissa P. Wilner<br>Melissa P. Wilner<br>Nevada Bar No. 16471<br>1920 Main Street, Suite 230<br>Irvine, CA 92614<br>(949) 676-4570<br><br>Mario D. Valencia<br>Nevada Bar No. 6154<br>**Attorney at Law, LLC**<br>40 S. Stephanie St., Ste. 201<br>Henderson, NV 89012<br>(702) 384-7494<br><br>*Counsel for Defendant FCA US LLC* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: July 29, 2025