1  Melissa P. Wilner
   Nevada Bar No. 16471
2  **Klein Thomas Lee & Fresard**
   1920 Main Street, Suite 230
3  Irvine, CA 92614
   T. (949) 67604570
4  melissa.wilner@kleinthomaslaw.com

5  Mario D. Valencia
   Nevada Bar No. 6154
6  **Attorney At Law, LLC**
   40 S. Stephanie St., Ste. 201
7  Henderson, Nevada 89012
   T. (702) 384-7494
8  valencia.mario@gmail.com

9  *Counsel for Defendant FCA US LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PHIRAVY VEE SUN, an individual, | Case No. 2:25-cv-01248-CDS-DJA |
| Plaintiff | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| FCA US LLC, a Delaware Limited Liability Company, | |
| Defendant | |

Plaintiff, Phiravy Vee Sun, and defendant, FCA US LLC, hereby stipulate and agree, by and through their respective counsel of record, that this matter be dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear their own attorney's fees and costs.

**IT IS HEREBY STIPULATED.**

/ / /

/ / /

/ / /

/ / /

DATED: October 22, 2025.

| THE702FRIM INJURY ATTORNEYS | KLEIN THOMAS LEE & FRESARD |
|---|---|
| /s/ Matthew P. Pawlowski<br>Michael C. Kane<br>Nevada Bar No. 10096<br>Bradley J. Myers<br>Nevada Bar No. 8857<br>Matthew P. Pawlowski<br>Nevada Bar No. 9889<br>8335 W Flamingo Road<br>Las Vegas, NV 89147<br>(702) 776-3333<br><br>*Counsel for Plaintiff* | /s/ Melissa P. Wilner<br>Melissa P. Wilner<br>Nevada Bar No. 16471<br>1920 Main Street, Suite 230<br>Irvine, CA 92614<br>(949) 676-4570<br><br>Mario D. Valencia<br>Nevada Bar No. 6154<br>**Attorney at Law, LLC**<br>40 S. Stephanie St., Ste. 201<br>Henderson, NV 89012<br>(702) 384-7494<br><br>*Counsel for Defendant FCA US LLC* |

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED: October 22, 2025